**DISMISS and Opinion Filed April 27, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00201-CV

**HAASS FAMILY REVOCABLE TRUST, RITA MORENO, AZRA HAMID, UJALA HAMID, ATIF HAMID AND HAASS F.R.T, Appellants**
**V.**
**FOREST 9170 216 LAND TRUST, FOREST 9170 124 LAND TRUST, FOREST 9170 132 LAND TRUST, FOREST 9170 134 LAND TRUST AND FOREST 9170 216 LAND TRUST, SPI-SOL, LLC-SERIES HHH, SPI-SOL, LLC-SERIES III, SPI-SOL, LLC-SERIES JJJ, SPI-SOL, LLC-SERIES KKK, AND SPI-SOL, LLC-SERIES LLL, Appellees**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-02905**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Partida-Kipness

Before the Court is appellants' motion to dismiss the appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

230201F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HAASS FAMILY REVOCABLE
TRUST, RITA MORENO, AZRA
HAMID, UJALA HAMID, ATIF
HAMID, AND HAASS F.R.T,
Appellants

No. 05-23-00201-CV      V.

FOREST 9170 216 LAND TRUST,
FOREST 9170 124 LAND TRUST,
FOREST 9170 132 LAND TRUST,
FOREST 9170 134 LAND TRUST,
FOREST 9170 216 LAND TRUST,
SPI-SOL, LLC-SERIES HHH, SPI-
SOL, LLC-SERIES III, SPI-SOL,
LLC-SERIES JJJ, SPI-SOL, LLC
SERIES KKK, AND SPI-SOL, LLC-
SERIES LLL, Appellees

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-21-02905.
Opinion delivered by Justice Partida-
Kipness, Justices Reichek and Miskel
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Forest 9170 216 Land Trust, Forest 9170 124 Land Trust, Forest 9170 132 Land Trust, Forest 9170 134 Land Trust, Forest 9170 216 Land Trust, SPI-SOL, LLC-SERIES HHH, SPI-SOL, LLC-SERIES III, SPI-SOL, LLC-SERIES JJJ, SPI-SOL, LLC SERIES KKK, and SPI-SOL, LLC-SERIES LLL recover their costs, if any, of this appeal from appellants HAASS Family Revocable Trust, Rita Moreno, Azra Hamid, Ujala Hamid, Atif Hamid, and HAASS F.R.T.

Judgment entered April 27, 2023.